FILED

NOV 15 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 2850 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DENNIS STATHOULIS (1)<br>VASILIOS TSIAMIS (2)<br><br>           Defendants. | Criminal Case No. _____<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1512(d)(4)<br>Witness Tampering<br>Title 18, U.S.C., Sec. 2<br>Aiding and Abetting |

The United States Attorney charges:

On or about between March 30, 2005, and April 20, 2005, within the Southern District of California, defendants DENNIS STATHOULIS and VASILIOS TSIAMIS did intentionally harass and attempt to harass another person, and thereby hindered, delayed, prevented and dissuaded that person from causing a criminal prosecution to be sought or instituted, or assisting in such prosecution, in violation of 18 U.S.C. §§ 1512(d)(4) and 2, a misdemeanor.

DATED: October 15, 2007.

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney