1  **KERRY L. STEIGERWALT SBN: 116264**
   LAW OFFICE OF KERRY L. STEIGERWALT
2  3555 Fourth Avenue
   San Diego, California 92103
3  Phone (619) 297-2800 Fax (619)908-3836

4  Attorney for Defendant
   **DENNIS STATHOULIS (S)**
5  **VASILIOS TSIAMIS (2)**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE NITA L. STORMES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 07CR2850JLS |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION OF THE** |
| | ) | **PARTIES TO CONTINUE** |
| v. | ) | **SENTENCING DATE** |
| | ) | **AND ORDER** |
| | ) | |
| **DENNIS STATHOULIS (1)** | ) | |
| **VASILIOS TSIAMIS (2)** | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY AGREED BETWEEN PARTIES, that additional time is necessary to prepare and proceed with the presently scheduled sentencing date of December 18, 2007 at 9:30 a.m. IT IS FURTHER AGREED BETWEEN PARTIES that the above-mentioned date is continued January 24th, 2007 at 9:30 a.m.

DATED: 12/14/2007           /s/Kerry Steigerwalt
                            KERRY L. STEIGERWALT
                            Attorney for Defendants
                            DENNIS STATHOULIS (1)
                            VASILIOS TSIAMIS (2)

DATED: 12/14/2007           /s/Melanie Pierson
                            Melanie Pierson
                            Assistant United States Attorney

IT IS SO ORDERED:

DATED:_____         _____
                            JUDGE NITA L. STORMES

# PROOF OF SERVICE

**In reference to Joint Motion to Continue Sentencing and Order.**

I, Kerry L. Steigerwalt, do hereby state:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

My business address is 3555 Fourth Avenue, San Diego, California, 92103.

On December 17, 2007, I electronically served, Melanie Pearson, Assistant United States Attorney,  a **JOINT MOTION TO CONTINUE THE SENTENCING,** for my client s DENNIS STATHOULIS (1), and **VASILIOS TSIAMIS (2)** Case No.07 CR 2850 JLS.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on December 17, 2007, at San Diego, California.

/s/Kerry Steigerwalt
KERRY L. STEIGERWALT
Attorney for Defendants
DENNIS STATHOULIS (1)
VASILIOS TSIAMIS (2)