1 | Kerry L. Steigerwalt SBN: 116264
LAW OFFICE OF KERRY L. STEIGERWALT
2 | 3555 Fourth Avenue
San Diego, California 92103
3 | Phone (619) 297-2800 Fax (619)908-3836

4 | Attorney for Defendant
**DENNIS STATHOULIS (1)**
5 | **VASILIOS TSIAMIS (2)**

6

7         UNITED STATES DISTRICT COURT

8         SOUTHERN DISTRICT OF CALIFORNIA

9         (HONORABLE NITA L. STORMES)

10 | UNITED STATES OF AMERICA )   Criminal Case No. 07CR2850JLS
                            )
11 |         Plaintiff,     )   **ACKNOWLEDGMENT OF**
                            )   **CONTINUANCE OF**
12 |    v.                  )   **HEARING DATE**
                            )
13 |                        )
    **DENNIS STATHOULIS (1)**   )
14 | **VASILIOS TSIAMIS (2)**   )
                            )
15 |         Defendant.     )
    _____)

16 | TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and MELANIE PIERSON,

17 | ASSISTANT UNITED STATES ATTORNEY:

18 |     GOOD CAUSE APPEARING, the defendants in the above-referenced matter, **DENNIS**

19 | **STATHOULIS and VASILIOS TSIAMIS**, hereby acknowledge the continuance of the presently

20 | scheduled hearing date of December 18, 2007 at 9:30 a.m. to January 24, 2008 at 9:30 a.m.

22 | DATED: 12/14/07

                                    DENNIS STATHOULIS

23 | DATED: 12/14/07

                                    VASILIOS TSIAMIS

25 |                               Respectfully Submitted,

27 | DATED: 12·14·07                 /s/Kerry L. Steigerwalt
                                          **KERRY L. STEIGERWALT**
28 |                                           Attorney for Defendants
                                          **DENNIS STATHOULIS (1)**
                                          **VASILIOS TSIAMIS (2)**

# PROOF OF SERVICE

**In reference to Acknowledgment of Court Date.**

I, Kerry L. Steigerwalt, do hereby state:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

My business address is 3555 Fourth Avenue, San Diego, California, 92103.

On December 17, 2007, I electronically served, Melanie Pearson, Assistant United States Attorney, an **Acknowledgment of Court Date,** for my clients DENNIS STATHOULIS (1), and **VASILIOS TSIAMIS (2)** Case No.07 CR 2850 JLS.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on December 17, 2007, at San Diego, California.

        /s/Kerry Steigerwalt
        KERRY L. STEIGERWALT
        Attorney for Defendants
        DENNIS STATHOULIS (1)
        VASILIOS TSIAMIS (2)