# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 07CR2850JLS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION OF THE PARTIES TO CONTINUE SENTENCING DATE** |
| | ) | |
| v. | ) | |
| | ) | |
| **DENNIS STATHOULIS (1)** | ) | [Doc. No. 13] |
| **VASILIOS TSIAMIS (2)** | ) | |
| Defendant. | ) | |

The parties having represented to the Court that additional time is necessary to prepare and proceed with the presently scheduled sentencing date of December 18, 2007 at 9:30 a.m.,

IT IS HEREBY ORDERED THAT the above-mentioned date is continued to **January 24th, 2007** at **9:30 a.m.**

IT IS SO ORDERED.

DATED: December 17, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge