**Kerry L. Steigerwalt**
LAW OFFICES OF KERRY L. STEIGERWALT
3555 Fourth Avenue
San Diego, California 92103
(619) 297-2800
CA State Bar No.: 116264

Attorney for Defendants
**DENNIS STATHOULIS (1)**
**VASILIOS TSIAMIS (2)**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 07CR2850JLS |
| ) | |
| Plaintiff, ) | **ORDER ALLOWING** |
| ) | **DEFENDANTS TO TRAVEL** |
| v. ) | **OUT OF COUNTRY** |
| ) | |
| **DENNIS STATHOULIS (1)** ) | |
| **VASILIOS TSIAMIS (2)** ) | |
| ) | |
| Defendants. ) | |
| ) | |

With the concurrence of the defendants attorney Kerry L. Steigerwalt and AUSA Melanie Pearson, defendants in the above-entitled matter, **Dennis Stathoulis and Vasilios Tsiamis**, shall be allowed to travel to London, England from December 27, 2007 through January 8, 2008.

**IT IS SO ORDERED.**

DATED: December 21, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge