**KERRY L. STEIGERWALT**
**CA SBN:** 116264
STEIGERWALT AND ASSOCIATES, A.P.L.C.
3555 Fourth Avenue
San Diego, California 92103
Phone (619) 297-2800 Fax (619) 908-3836

Attorney for Defendants
**DENNIS STATHOULIS (1)**
**VASILIOS TSIAMIS (2)**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 07-CR-2850-JLS |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANTS' REQUEST FOR DEPARTURES** |
| **DENNIS STATHOULIS (1)** | ) | |
| **VASILIOS TSIAMIS (2)** | ) | |
| Defendant. | ) | DATE: January 24, 2008 |
| | ) | TIME: 9:00 a.m. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; MELANIE PIERSON, ASSISTANT UNITED STATES ATTORNEY; AND MATTHEW J. HOLDEN OF THE UNITED STATES PROBATION OFFICE:

The defendants DENNIS STATHOULIS and VASILIOS TSIAMIS (hereinafter Mr. Stathoulis and Mr. Tsiamis), by and through their counsel, KERRY L. STEIGERWALT, and pursuant to Second Revised General Order No. 350, hereby file the following request for departures.

///
///
///
///
///

# I.

## STATEMENT OF FACTS

Defendants Stathoulis and Tsiamis respectfully request this Court adopt the Statement of Facts in defendant's Probation Report without objection.

# II.

## DEPARTURES

Under 18 U.S.C. Section 3553(b), a sentencing court may depart below the guidelines to impose a sentence outside the range established by the applicable guideline if the court finds "that there exists an aggravating or mitigating circumstance of a kind, or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating the guidelines that should result in a sentence different from that described."  The Commission noted at section 5K2.0 that, "circumstances that may warrant departure from the guidelines pursuant to this provision cannot, by their very nature, be comprehensively listed an analyzed in advance."    Consequently,  when  the  sentencing  court  determines  that  according  to  the  particular circumstances of the instant case, it may depart accordingly from the applicable guidelines.

# III.

## BASE OFFENSE LEVEL

Defendants agree with the probation officer and the prosecution that the base offense level is 14 pursuant to USSG §2J1.12.  That is the base offense level for Witness Tampering, in violation of 18 U.S.C. §§1512(d)(4).

# IV.

## CRIMINAL HISTORY

Mr. Stathoulis and Mr. Tsiamis recognize that the Probation Department has awarded a three level (3) adjustment under criminal history points due to a  prior misdemeanor conviction for violation of California Vehicle Code 4461(c), unlawful use of a handicapped placard (+1 point).  The fact that the instant offense was committed during Mr. Stathoulis' and Mr. Tsiamis' probation upon the prior offense adds two points (+2) resulting in a total criminal history score of 3, placing the defendants in Criminal History Category II.

### V.

### DEFENDANTS' CRIME CONSTITUTED ABERRANT BEHAVIOR

The fraudulent billing perpetrated by defendants Stathoulis and Tsiamis typifies "a single criminal occurrence or single criminal transaction that was committed without significant planning, was of limited duration and represented a marked deviation from an otherwise law abiding life" under the criteria set forth by USSG 5K2.20 (See Attached Personal Information regarding Dennis Stathoulis). The defendants' offense does not involve narcotics, firearms or exorbitant sums of money.

As demonstrated by attached documentation, prior to the instant offense, Mr. Stathoulis was a business and philanthropic role model for many first generation immigrant Americans. In 1988 the San Diego Tribune printed an article detailing the background of Mr. Stathoulis' journey to the United States as well as the accomplishment of creating his successful restaurant Georgia's (named for Mr. Stathoulis' wife). Years later, the San Diego Tribune printed another article describing the amazing food at the popular eatery (See Attached Union Tribune Articles).

Mr. Stathoulis is also a prominent member of the San Diego Greek community. In 1999, Mr. Stathoulis donated over $20,000 to the St. Spyridon Greek Orthodox Church in order to offset the cost of painting the church, hall and education building (See Attached Letter from St. Spyridon Greek Orthodox Church). The Stathoulis' family's involvement with the San Diego commuity does not stop with Dennis Stathoulis. His daughter Alexandra was a Charger Girl several years ago and is now a special events coordinator at Sea World. She also sang the National Anthem at a Padres game several years ago at Qualcomm Stadium (See Attached Photographs).

While Mr. Stathoulis and Tsiamis were previously cited for improper use of a handicapped placard on October 25, 2004, (and committed the instant offense while on probation for improper use of the placard) at the time, Mr. Tsiamis (a passenger in the vehicle driven by Mr. Stathoulis) had submitted application for and been granted approval for his own handicapped placard (See Placard Identification Card D817950). As the vehicle driven that day belonged to Mr. Stathoulis, rather than Mr. Tsiamis, Mr. Tsiamis neither had his placard with him nor on display. In short, defendants were cited because Mr. Stathoulis was driving, intending to find a parking suitable for his handicapped brother-in-law to join them at the Charger game. The placard displayed within Mr. Stathoulis' vehicle legitimately belonged to his brother-in-law, however, when

pulled over with the placard on display, Mr. Stathoulis' brother-in-law was not in the vehicle, thereby triggering strict liability for the offense. Mr. Tsiamis was a passenger in the vehicle and was also cited, though a legitimately issued handicapped placard belonged to Mr. Tsiamis (See Attached Medical Records and Handicapped Placard D817950 issued to Vasilios Tsiamis).

## VI.

## DEFENDANTS' CRIMINAL HISTORY OVERSTATES PROPENSITY TO COMMIT CRIMES
### (ie: To Award a Three Level Adjustment for this Deminimus Offense
### is an Over representation of Criminal Conduct)

Though their prior offense elevates defendants to a criminal history score of three (3), this prior offense, considered in context, should not prevent the Court from a finding that over the course of their respective sixty-six and fifty-three years, defendants Stathoulis and Tsiamis have not accumulated a significant criminal history. Were it not for a misunderstanding between Mr. Stathoulis, Mr. Tsiamis and their former attorney, which ultimately resulted in a delay in filing, the prior California Vehicle Code 4461(c) offense would have already been reduced to an infraction by way of motion.

Specifically, on the Misdemeanor Judgment Minutes relating to the California Vehicle Code 4461(c) offense, the Court states "After 18 months successful probation, defendants may withdraw plea to count 3 and enter a plea to VC 22507.8 infraction." Mr. Stathoulis and Mr. Tsiamis were both of the belief that their former attorney had submitted the necessary filings in April of 2006 – after 18 months of probation and at such a time that the conviction was to be reduced to a misdemeanor. As it were however, this was not the case, and their former attorney of record had not proceeded with the necessary filing. Without the execution of this perfunctory motion, Mr. Stathoulis and Mr. Tsiamis are now potentially faced with increased liability due to the offense (under a strict adherence to Federal Sentencing Guidelines).

Nonetheless, it is the position of counsel for the defendants that despite this incident, the instant offense overstates defendants' propensity to commit crimes when considered in the entire context of Mr. Stathoulis' and Mr. Tsiamis' lifetimes. It is the prayer of Defendants' Stathoulis and Tsiamis that the Court exercise its discretion to deviate from federal sentencing guidelines. Though the California Vehicle Code 4461(c) offense gives rise to an increase in defendants' criminal history score, it is the position of defendants and counsel that this minor conviction, which could have been reduced to an infraction, should

not be used as a basis to impose custody.

## VI.

## DEFENDANTS' HEALTH

Defendants' Stathoulis and Tsiamis respectfully requests that the court grant them a 2 level departure for poor health. Aged 53 and 66 years, Mr. Stathoulis and Mr. Tsiamis suffer from serious medical hardships that medical facilities at the Bureau of Prisons are ill-equipped to handle. Mr. Tsiamis' heart is currently operating at approximately 30% capacity. He already has a stint in his aortal valve, and currently takes six pills daily for cholesterol, to thin his blood, and to regulate his blood sugar (See Attached Medical Information). Ironically, Mr. Tsiamis was qualified to possess, and had undertaken the necessary application process to obtain, a handicapped placard on December 18, 2004 (the date he was cited for VC 4461(c)) however, he had not yet picked up the placard at that time (See Attached Letter from Dr. Seenu Reddy December 15, 2004). Though Mr. Tsiamis was cited for improperly displaying a placard, and was strictly liable for this offense, by way of affirmative defense/mitigation Mr. Tsiamis was legally disabled and qualified to display a registered handicapped placard, which he was issued days later.

With respect to Mr. Stathoulis, at age sixty-six, the prospect of custody does not bode well for a senior citizen afflicted with high blood pressure, an enlarged prostate, bells palsy and diabetes, all of which require medical treatment. Mr. Stathoulis is ill-suited for the rigors of custody (See Attached Medical Letter), and an allowance of Mr. Stathouls' health should be reflected by downward departure.

## VII.

## DEFENDANTS STATHOULIS AND TSIAMIS ARE ELDERLY

"Management problems with elderly inmates,...are intensified in the prison setting and include: vulnerability to abuse and predation, difficulty in establishing social relationships with younger inmates, need for special physical accommodations in a relatively inflexible environment."[1]  All too often, first time offenders (especially the aged) become easy prey for more experienced predatory inmates. Mr. Tsiamis and Mr. Stathoulis are fifty-three and sixty-six years of age, respectively. Their physical condition, age, and total unfamiliarity with the penitentiary system would ensure their status as easy prey for violent predatory inmates.

---

[1]Correctional Health Care, Addressing the Needs of Elderly, Chronically Ill, and Terminally Ill Inmates, U.S. Dept. of Justice, National Institute of Corrections, 2004 Edition, pp 9 and 10.

Defendants' Stathoulis and Tsiamis respectfully requests that the court grant them a 2 level departure as elderly defendants.

## CONCLUSION AND SENTENCING RECOMMENDATION

For all the reasons stated above, defendants Stathoulis and Tsiamis ask this Court to compute the adjusted base offense level and depart downward as follows:

(1) Defendants' base offense level is to be computed at 14;

(2) Defendants' receive a two level reduction for Acceptance of Responsibility

(2) Defendants' request a two level reconsideration of criminal history score;

(3) Defendants' request a two level reduction for poor health;

(4) Defendants' request a two level reduction as elderly;

The resulting offense level (6) and criminal history category I affords the Court the discretion to withhold entirely custodial imposition of sentence. Defendants' Stathoulis and Tsiamis will be punished by way of their future inability to receive government contracts. Defendants' request that the court grant all downward departures requested, determine the resulting offense level to be 6, and a criminal history category I, and either withhold custodial imposition of sentence, or allow defendants to fulfill any custody through brief home confinement which provides an equitable and less costly alternative than incarceration. By removing the possibility of Kim's Construction from pursuing future governmental contracts, the government has achieved its objective to protect against a similar incident from defendants. Custodial imposition of sentence will be an undue hardship and provide no measurable benefit compared with the costs of incarceration.

Dated: January 11, 2008                              Respectfully Submitted,


                                                     /s/Kerry L. Steigerwalt
                                                     KERRY L. STEIGERWALT,
                                                     Attorney for Defendants
                                                     DENNIS STATHOULIS (1)
                                                     VASILIOS TSIAMIS (2)

# PROOF OF SERVICE.

In RE: Criminal Case 07-CR-00690-002

I, Kerry L. Steigerwalt, do hereby state:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

My business address is 3555 Fourth Ave., San Diego, California, 92103.

On January 11, 2008, I electronically served Melanie Pierson, Assistant United States Attorney

REQUEST FOR DEPARTURES, for my clients DENNIS STATHOULIS and VASILIOS TSIAMIS,

Criminal Case No. **07cr 0690LAB**.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on January 11, 2008, at San Diego, California.

/s/ Kerry L. Steigerwalt

Kerry L. Steigerwalt, Attorney for
DENNIS STATHOULIS (1)
VASILIOS TSIAMIS

# ...restaurant business all Greek to them



The San Diego Union/Roni Galga...

### R.H. Growald
COUNTY-WIDE

...is and Georgia Stathoulis are

...ir decade-old restaurant, ...a's Greek Cuisine on Madison ..., prospers.

...rgia's brother, Panagiotis, is ... Athens.

...rgia has found her wedding

..., best of all, George stays ...," Dennis says.

...last they saw of George was in ...ma City.

...he day, coming to the restau-...I found dozens of people lined ... front, waiting for it to open. ...rful. But why?

...ey told me it was Thursday. ...day? What about Thursday? ...at's the day you have all those ...own in fresh from Florida, they ...e."

...nis went inside and asked ...e. Well, yes, George said, he ...een telling customers that ...s, every Thursday, had a ...red plane flying in fresh salt ...fish to the Oklahoma City res-

...at to do? I ushered in the cus-...s, sat them down, gave them ...aklava (Greek strudel-like pas-...ith honey and nuts) and coffee. ...was wondering what to do next ...George came rushing in, wring-...s hands and howling. He cried ...the Florida fish plane had ...ed," Dennis says.

...had a sort of happy ending. ...ge went back to New York. Now ...not only tolerates a George but ...lly values him"

...nis says such situations are. ...ng to a fellow from the Greek ...d of Cefalonia in the Ionian Sea. ...other son of Cefalonia was ...n a Homeric oration on The

Ioanis Metaxas who, as prime minis-ter in 1940 when Adolf Hitler's ar-mies were inviting themselves into Greece, said no rather loudly. Metax-as said no in Greek.

"Saying anything in another lan-guage is not Greek to a Greek," Dennis says. "Look what happened to me en route to San Diego."

He left Greece to see the world.

"That means to prosper the classi-cal Greek way — opening a restau-rant. En route to America I stopped in South Africa," Dennis says.

"I filled out all the airport forms. A South African official looked at the papers and said something to me.

"I later learned he was saying I had forgotten to fill in the part where they ask your age. At the time the only English I knew were three phrases," Dennis says.

What ensued:

Official: "What is your age?"
Dennis: "Good morning."
Official: "What is your age?"
Dennis: "How are you?"
Official: "What is your age?"
Dennis: "Thank you very much."

Dennis did not remain long in South Africa, America was better.

"In America, a Greek immigrant doesn't have to speak English; he just speaks food," Dennis says.

After opening his restaurant in Ok-lahoma City, Dennis visited relatives in Albuquerque, N.M. He opened two restaurants there. And there he met Georgia. Georgia was not in love with Albuq'erque.

## Dennis and Georgia Stathoulis are happy — without Georg...

She'd come from Pyrgos, Greece, near the site of the first Olympic games, to get an education. "I learned quickly about dust and 115-degree weather," she says of Al-buquerque.

She married Dennis. They came to San Diego in 1974 on vacation and, surprise surprise, stayed.

"We thought we were back in Greece," Dennis says. Soon Greece came to them.

Dennis' mother came and ex-pressed shock that her son was now a chef. "You hid that talent as a child. Never did I see you, as a child, lift a spoon except to your mouth," she said. She began inspecting the Madi-son Avenue kitchens.

Georgia's brother, Panagiotis, sur-veyed the roast leg of lamb, the moussaka, the pastitsio, the dol-mades, the gyros, the souvlaki and the other dishes. Good but not like

mama's, he said.

"I was about, to argue," Denn... says. "I was doing too many thing...

While talking to Georgia's broth... Dennis was preparing a pot of hon... syrup for the baklava and, in...ot

See **Restaurant** on Page ...

## ...restaurant: Family nourished

...tinued from B-3

...preparing chicken broth for the ...lemon soup.

...ithout noticing, I poured two ...s of rice into the honey syrup. I ...n noticing when it got thicker ...d thicker, messier and messier.

...anagiotis, my brother-in-law, ...

Idiot My Sister Married," Dennis says. "I was charmed."

Georgia was doing no better.

"I was making a giant tray of bak-lava. About 100 pieces: It was only when I pulled it from the oven, with Panagiotis watching, that I noticed my wedding ring was missing," Georgia says.

"I'd dropped it into the baklava. I

grabbed a piece of baklava, broke it open. Nothing but nuts and honey and baked filo dough. I broke open anoth-er. And another.

"It was in the 99th piece of baklava that I found my wedding ring," Georgia says.

Said Panagiotis to Georgia, "You learn that trick from Dennis?"

**From left are Dennis, Georgia, Anna and Jim**

Stathoulis eventually moved to a more visible location near the Sports Arena. There they set up shop with partners Jim and Anna Vlachopoulos in a delightful casual restaurant that has become one of the areas most popular eateries.

When you think about the time they have been in business you can appreciate what they have accomplished. Weathering economic ups and downs in a most competitive industry hasn't always been easy, but hard work and combining quality, fresh ingredients, customer service and value have paid off. Georgia's has an outdoor covered patio and an inside dining room, casual and pleasant. If you try some of the items suggested here you too 'll become a Greek foodie.

Start your meal with one of these appetizers: Saganaki (a zesty kasseri cheese flamed at the table with a dash of brandy — great for dipping with pita bread); hummus (this creamy nutritious and tasty dip is made with garbanzo beans, tahini, lemon and seasoning); dolmades (one of the most popular Greek specialties of stuffed grape leaves); and falafel, golden brown fried patties of spiced ground garbanzo beans). For your entrees you and your goddess will delight in dinner entrees such as boneless roast leg of lamb, served with roast potatoes and vegetables; rib lamb chops served with rice and vegetables; the popular gyros plate (gyros is a thinly sliced seasoned mix of beef and lamb cooked on a special rotisserie); Greek-style chicken (I ask you, who does better chicken than the Greeks?); and the various kebab plates.

If you're a novice with this kind of cuisine try the combination plate where you'll enjoy moussaka (a fantastic casserole), dolmades, gyros, beef kebab and vegetables and dessert with coffee for $15.95. All these dinners also include soup or Greek salad and bread. Georgia's also offers a nice lunch menu and they're experts when it comes to catering. Georgia's is at 3550 Rosecrans. Call (619) 523-1007.

The San Diego

*Leo & Beverly Papas*

10569 FUERTE DRIVE    LA MESA, CALIFORNIA 92041

Dear Dennis & Georgia,

I had already written most of this letter when I saw you at Tony Tarris' wedding. However, after our talk I saw an article about Georgia's in the newspaper and wanted to congratulate you on both that article and the effort you provided at my reception Sept 12, 1991.

I was extremely pleased that we were able to work together for my reception. Your efforts and the food you provided were _better_ than anyone.

The cornerstone of what everyone described to me was the _best_ reception they have ever attended. While I am not sure I believe it was among the highest _ever_, I am convinced it was among the highest quality that has occurred in San Diego in a long time.

Everyone I have spoken with has commented on how good the food was and commented on how beautifully the tables & food were displayed.

I have passed your names to all who have commented on the food and how you gave a lot of happiness for a moment of the reception.

I also want to thank you + your staff for the professional way with which you handled the Seymore Cat the reception. Everyone was polite, efficient and pleasant. You have a great team!

Please also give our thanks to Dawn who all his effort. He was instrumental in all going well.

Thanks again for everything — his staff proved to seeing you at the special events and at Georges the chosen spot.

Best regards,

**St. Spyridon Greek Orthodox Church**

3655 PARK BOULEVARD
SAN DIEGO, CA. 92103
PHONE (619) 297-4165
FAX (619) 297-4181

Rev. John Kariotakis

September 14, 1999

Mr. Bill Tsiamis and Mr. Dennis Stathoulis
Kim's Construction
3770 Hancock St., Suite H
San Diego, CA 92110

Dear Bill and Dennis,

This letter is to express our sincere thanks for your very generous donation of $20,536.00 to offset the cost of painting the church, hall and education building. This is truly a gift of love for our beloved St. Spyridon. We also appreciate the excellent job you did, and the timely manner in which your workers performed this great task. May the Lord bless you and your families always.

Sincerely,

The Parish Priest

Fr. John Kariotakis

Parish Council President

Nicholas Vagelatos

Greek Orthodox Archdiocese of America
Diocese of San Francisco

Nov. 7, 1990

Dennis & Georgia Stathoulis
Georgia's Greek Cuisine
3641 Madison Ave.
San Diego, CA 92116

Dear Dennis and Georgia,

Your food is absolutely the best around...and everyone at my
children's book celebration party certainly said so to me!
Thank you for catering my party and for making it so very
special.

I remember when I first met with you...you said I would be
pleased and I must say that I'm more than pleased. I'm
ecstatic about how well everything turned out.

The table looked gorgeous with all of the flowers and the
edibles were scrumptious and delicious. I really appreciate
all of your efforts.. My friends, especially the ones who
are in the restaurant business, are very picky about caterers
and they asked me to give you their compliments.

Thank you again. It was a pleasure working with you. I'm
another extremely satisfied customer!

Warm wishes,

Georgeanne Irvine



Georgeanne Irvine ● San Diego Zoo ● P.O. Box 551 ● San Diego, CA 92112 ● (619) 231-1515













Maryann Stathoulis
10555 Hollingsworth Way
San Diego, CA 92127
February 6, 2007

To Whom It May Concern:

I am most pleased to write a character reference for my Father Dennis Stathoulis. Being the first in my family to be born in America, I have learned so much from my Parents struggles to become successful in a foreign country. The thought of my Father leaving the country he called home for a foreign land with an unknown language does not only sound frightening to me, but unimaginable. However, his dreams of a better life helped him make the decision that would ultimately change his life forever. He was coming to America.

When my Father came to America in 1972 not only did he not know the language, he didn't know a soul. He contacted a distant cousin, whom he had never met and asked him for advice on how to become successful in America. His cousin's advice to him was to stick to what he knew. My Father may not have known much when he came to America, but the one thing he did know was Greek food, and a chef was born.

The restaurant business was not an easy life by any means. My Parents worked hard to get their business off the ground. My Father worked 14 hour days, seven days a week to provide for my Sister and me, and while he secretly struggled with finances my Sister and I were treated like princesses. My Father always said he worked hard so that my Sister and I wouldn't have to experience the struggles in life that he had gone through.

In 1997 my Father met his current business partner Vasilios Tsiamis. Rather than slowing down as he got older my Father decided to open Kim's Construction. When my Sister and I would ask him why instead of slowing down he wanted to create more work for himself, he would say it was all for us. Even know at the age of 65, my father continues to work 14 hour days despite concerns for his health. He still says, it's all for us.

My Father is the hardest working person I have ever known. He is a devoted family man who puts his family first always. Everything he has done in his life, the successes, the failures, everything has been an attempt to better the lives of my Mother, my Sister and I. He is a kind, caring and generous human being who betters the lives of those who know him. I consider myself lucky and proud to call him my Father.

Sincerely,

Maryann Stathoulis

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

SDSC CRM-1-6(Rev. 1-04)

**PEOPLE vs.** STATULIS DENNIS

**CASE #** 191763

**DATE:** 10-25-04   **AT:** 09:30   **DEPT. #** M8

**JUDGE/COMMPRO-TEM:**

**CLERK:**

**CHARGE(S):**

☐ Central Division  ☐ East County Division  ☐ North County Division  ☐ South County Division

**PROS. #** MR388201   **BKG #**

**INTERPRETER:**   ☐ STIP. FILED

**STATUS:** $ IR   **DOB:** 9-01-41

**Attorney for the People (DDA / DGA):** L. FIELDS
**Attorney for the Defendant (PD / APD / PCC / Retained / Counseling):** J. PETTIS

**REPORTER – CSR #**   **TAPE #**   D3 -   **COUNTER #** 2080

☐ CONFIRMED  ☐ VACATED

## PROBATION ☐ GRANTED
☐ Formal  ☐ Summary on following conditions:

## CUSTODY

## FINES/FEES/RESTITUTION

## SW/PVOLUNTEER WORK

## EDUCATION/TESTING

## ALCOHOL/DRUGS

## DRIVERS LICENSE/VEHICLE

## VIOLENCE/WEAPONS

## HEARINGS/DATES

## REFERRALS

## WARRANT

## BAIL STATUS

## OTHER

## MISDEMEANOR – JUDGMENT MINUTES

Attest a true copy

Distribution by: _____ to: Jail  Deft.  Atty.  Pros.  Prob.  R&R  Interpreter  Assessment  Other: _____

**CLERK, by** _____   **Deputy Clerk** _____

***CUSTOMER RECEIPT COPY***                          EXPIRES: 06/30/2005

          *** D I S A B L E D    P E R S O N    P L A C A R D ***


PLACARD NUMBER: D817950    PIC: 1    TV: 91        DATE ISSUED: 12/30/03

                                                        MO/YR: JZ

  TSIAMIS VASILIOS                           DT FEES RECVD: 12/30/03
  5457 WELLESLEY ST
                                          AMT DUE      : NONE
                                          AMT RECVD - CASH :
  LA MESA                                           - CHCK :
  CA            91942                               - CRDT :


            CO: 37




          E10   C65 5H 0000000 0011 CS   E10 123003 N1   D817950

_____

       DEPARTMENT   OF   MOTOR   VEHICLES   PLACARD IDENTIFICATION CARD

THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD
OWNER. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV
BY PHONE OR MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD
FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

PLACARD#:  D817950       PLACARD HOLDER:   TSIAMIS VASILIOS
EXPIRES:   06/30/2005                      5457 WELLESLEY ST
DOB:       05/11/1955
ISSUED:    12/30/03
TYPE:      N1
                                           LA MESA
                                           CA          91942

PURCHASE OF FUEL (BUSINESS & PROFESSIONS CODE 13660):
STATE LAW REQUIRES SERVICE STATIONS TO REFUEL A DISABLED PERSON'S VEHICLE
AT SELF-SERVICE RATES, EXCEPT SELF-SERVICE FACILITIES WITH ONLY ONE CASHIER.

WHEN YOUR PLACARD IS PROPERLY DISPLAYED, YOU MAY PARK IN/ON:
*DISABLED PERSON PARKING SPACES (BLUE ZONES) *METERED ZONES WITHOUT PAYING
*GREEN ZONES WITHOUT RESTRICTIONS TO TIME LIMITS *STREETS WHERE
PREFERENTIAL PARKING PRIVILEGES ARE GIVEN TO RESIDENTS AND MERCHANTS.

YOU MAY NOT PARK IN/ON: *RED ZONES *TOW AWAY ZONES *WHITE OR YELLOW ZONES
*SPACES MARKED BY CROSSHATCH LINES NEXT TO DISABLED PERSON PARKING SPACES.

IT IS CONSIDERED MISUSE: *TO DISPLAY A PLACARD UNLESS THE DISABLED OWNER
IS BEING TRANSPORTED *TO DISPLAY A PLACARD WHICH HAS BEEN CANCELLED OR
REVOKED *TO LOAN YOUR PLACARD TO ANYONE, INCLUDING FAMILY MEMBERS.
MISUSE IS A MISDEMEANOR (SECTION 4461VC) AND CAN RESULT IN CANCELLATION OR
REVOCATION OF THE PLACARD, LOSS OF PARKING PRIVILEGES, AND/OR FINES.

R. SEENU REDDY, M.D., F.A.C.C.
A MEDICAL CORPORATION
CARDIOLOGY
DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE, SUBSPECIALTY OF CARDIOVASCULAR DISEASES
4535 COLLEGE AVENUE
SAN DIEGO, CALIFORNIA 92115
TELEPHONE (619) 286-1353
FAX (619) 286-4977

June 28, 2004

To Whom It May Concern:

Re:  Vasilios Tsiamis

The above patient had myocardial infarction and had coronary stent placed in November of 2002.  He also has Ischemic Cardiomyopathy and gets shortness of breath with minimal exertion.  The patient is being treated for congestive heart failure.

Mr. Tsiamis, was given a letter by me, before December 15, 2003 requesting a handicap placard for the patient.

If you need further information please do not hesitate to contact me directly.  Thank you.

Sincerely,

R Seenu Reddy, MD

RSR/amg

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ Central Division  ☐ East County Division  ☐ North County Division  ☐ South County Division

**CASE #** 191264B  **PEOPLE vs.** ISRAEL YASMIN LUIS
**DATE:** 10-25-04  **AT** 09:30  **PROS #** WR397101  **DEPT #** TSD  **DOB:** 51155  **STATUS:** ☐ OR
**JUDGE/COMM/PRO-TEM:** J. PETTIS  **INTERPRETER:** ☐ STIP, FILED  ☐ Spanish  ☐ Sworn  ☐ Oath on File
**CLERK:** K. BERGMAN  **TAPE #**  **REPORTER / CSR #**  **COUNTER #**
**CHARGE(S):**

☐ MISDEMEANOR – JUDGMENT MINUTES

**FUTURE DATES:**

## PROBATION
☐ Defendant waives arraignment for judgment.
☐ Defendant present by / with / without counsel  ☐ in pro per  ☐ via audio/video  ☐ not produced in courtroom
Attorney for the People (DDA /DCA)
Attorney for the Defendant (PD / APD / PCC / Retained / Counseling )
Probation is ☐ GRANTED  ☐ Formal  ☐ Summary on following conditions:
As to __ ☐ Imposition of sentence is suspended for __ years.
☐ Defendant sentenced to serve 90 / 180 / 365 / __ days, ☐ Execution of sentence is suspended for __ years.
days custody stayed pending ☐ successful completion of probation/ __
☐ Comply with ☐ Street ☐ Gang ☐ Drug ☐ Additional conditions attached.  ☒ Violate no laws ☐ minor traffic violations excepted.

## CUSTODY
__ days / hrs. in the custody of the Sheriff. __ days / hrs. CTS ( __ days actual __ days PC4019)
☐ Serve FORTHWITH.  ☐ Book & Release forthwith.  ☐ Call (619) 615-2519 within 72 hours for reporting date. __ days / hrs to report.
☐ Serve Facility: __  ☐ Las Colinas ☐ Vista ☐ Short Term Work Furlough ☐ ALL Recom. ☐ Not consecutive weekends.  ☐ NO Early release ☐ NO Work Release
☐ Comply with ☐ NO ES/Home Detention  ☐ NO County Parole
☐ CUSTODY ☐ IN LIEU OF $ __ ☐ fine  ☐ days PSWP  ☐ days in __  ☐ residential rehabilitation program.
☐ CUSTODY SATISFIED BY __
☐ Custody approved list

## FINES/FEES/RESTITUTION
☐ Pay ☐ Fine (Ct. __ ) $ __  ☐ Attorney Fee $ __  ☐ Indigent. As to Attorney Fees ☐ CONFIRMED ☐ VACATED
☐ Fine (Ct. __ ) $ __  Restitution Fine $ __  Admin. Fee ( __ )  $ __
☐ Dom.Violence Fund $ __  A/R Fee $ __  [Suspended Amount]  $ __  due by __
☐ days / hrs. in lieu of fine $ __  Assessment Fee $ __
☐ PASS (credit for __ days / hrs to be completed
Payments set at $ __ per month beginning on __
☐ Pay restitution to the victim __ in the amount of $ __ ☐ to be determined through ☐ Court Collections
Revenue & Recovery ☐ at $ __  ☐ directly to the victim and show proof to the court ☐ by ☐ at Review Hrg.
See stipulated restitution order.  ☐ Submit to civil process.

## SWP/VOLUNTEER WORK
☐ COMPLETE  ☐ Public Service Work Program (PSWP) ☐ Volunteer Work __ at any non-profit organization
☐ days / hrs. custody for each day / 8 hours missed.

## PROOF OF
☐ Test Results  ☐ ENROLLMENT  ☐ COMPLETION
☐ ATTENDANCE __

## EDUCATION/TESTING
☐ Certified 52 week Domestic Violence Rehab. Program.  ☐ HIV Education  ☐ COMPLETE ☐ Anger Management ( __ hours) ☐ Parenting Class
☐ AA / NA meetings, __ times per __ week / month for __ days / months, as directed by Assessor. __ course

## ALCOHOL/DRUGS
☐ Totally abstain from drinking alcoholic beverages.  ☐ Not frequent places where alcohol is the primary source of business, except in
☐ Not use or possess any controlled substance without a valid prescription. ☐ Submit to any test at the request of a peace officer or
detection of alcohol/drugs in system. ☐ Submit person, property, place of residence, automobile, etc. to search at any time with or without a warrant, and
☐ Seek/maintain full-time employment, education, training, or a combination thereof.  ☐ at $5.00 per day
☐ Complete a ☐ Residential ☐ Non-Residential treatment program for __  ☐ TOTAL days / hrs to be completed

## DRIVERS LICENSE/VEHICLE
☐ Not use force or violence against another. ☐ Have no contact with the victim(s) ☐ complaining witness in this matter.
☐ Register pursuant to HS11590 ☐ PC290 ☐ PC457.1  ☐ Not take, hold or receive property of another without written consent of the owner.

## VIOLENCE/WEAPONS
☐ VC14607.6 advisal given.

## REFERRALS
☐ Revenue & Recovery ☐ Credit Agency __

## HEARINGS/DATES
☐ Sentencing __  ☐ Review __

## WARRANT
☐ Bench WARRANT ordered  ☐ Bail set at $ __
☐ Schedule for court  ☐ Mandatory Appearance

## BAIL STATUS
Bail is ☐ exonerated ☐ forfeited

## OTHER
CUSTODY STATUS ☐ Deft. REMANDED ☐ Deft. RELEASED ☐ on bail posted $ __

Attest a true copy
Distribution by: __  on __  to: Jail, Deft, Atty, Pros, Prob, R&R, Interpreter, Assessment, Other: __

Dated: __  CLERK, by __  Deputy Clerk