# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**DENNIS STATHOULIS,**<br>**VASILIOS TSIAMIS**<br><br>　　　　Defendants. | **Criminal #: 07CR2850**<br><br>**ORDER ALLOWING DEFENDANT**<br>**RELIEF FROM DEFAULT AND**<br>**ORDER SHORTENING TIME** |

GOOD CAUSE HAVING BEEN SHOWN by attorney KERRY L. STEIGERWALT, it is hereby ordered that defendants DENNIS STATHOULIS and VASILIOS TSIAMIS be relieved from default for re-filing their Request for Departures late. It is also hereby ordered that time be shortened for any response by the United States Government.

DATED: January 16, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge