FILED 2008 FEB -6
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED FEB 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR2850-JLS |
| v. | JUDGMENT AND COMMITMENT |
| DENNIS STATHOULIS (1) | KERRY L. STEIGERWALT, Ret.<br>Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 U.S.C. 1512 (d)(4) - Witness Tampering ; 18 U.S.C. 2 - Aiding and Abetting

**x** Defendant pleaded guilty to count 1 of the Information (Misdemeanor)
___ Count(s) _____ dismissed on the government's oral motion.

### JUDGMENT AND COMMITMENT

**x** Defendant is adjudged guilty on count 1 of the Information (Misdemeanor)

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
_____ N/A _____.

**x** SUPERVISED Probation for a term of 1 year.
on the following conditions:
**x** obey all laws, Federal, State and Municipal
**x** comply with all lawful rules and regulations of the probation department
**x** not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
**x** not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
as directed by the probation officer
**x** Mandatory restitution of $9,000 Joint and Severally to be paid forthwith

**x** Penalty assessment of $ 25
___ Fine waived    **x** Fine of $ 1,000

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

    IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

January 24, 2008
Date of Imposition of Sentence

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on:

Probation
mitment c. 2/6/08
States Marshal
By: _____
USMS Criminal Section

30 NB

